NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERASENSE, INC. (NOW KNOWN AS ABBOTT DIABETES CARE, INC.) AND ABBOTT LABORATORIES,**
*Plaintiffs-Appellants,*

v.

**BECTON, DICKINSON AND COMPANY AND NOVA BIOMEDICAL CORPORATION,**
*Defendants-Cross Appellants,*

AND

**BAYER HEALTHCARE LLC,**
*Defendant-Appellee.*

---

2012-1365, -1503, -1504

---

Appeals from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

---

ON MOTION

---

**O R D E R**

Therasense, Inc. (now known as Abbott Diabetes Care, Inc.) and Abbott Laboratories move for a 30-day extension of time, until October 1, 2012, to file its opening brief. Becton, Dickinson and Company, and Nova Biomedical Corp. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___AUG 1 7 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Clara J. Shin, Esq.
    Rachel Krevans, Esq.
    Bradford J. Badke, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2012

JAN HORBALY
CLERK